Henry HEDRICK, Appellant, v. UNITED STATES of America, Appellee.

No. 6248.

Circuit Court of Appeals, Ninth Circuit.

March 10, 1931.

F. A. Ewald, of Great Falls, Mont., for appellant.

Wellington D. Rankin, U. S. Atty., and Howard A. Johnson and Arthur P. Acher, Asst. U. S. Attys., all of Helena, Mont.

Before RUDKIN, WILBUR, and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellant, ordered appeal dismissed; mandate forthwith.

---

Henry W. HEEDY v. COMMISSIONER OF INTERNAL REVENUE.

No. 5548.

Circuit Court of Appeals, Sixth Circuit.

Nov. 5, 1930.

Kennedy, Manchester, Ford, Bennett & Powers, of Youngstown, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Decree of Board of Tax Appeals affirmed upon authority of opinion in Hitchcock v. Commissioner (No. 5550) 44 F.(2d) 756.

---

HERNOR COMPANY, Inc., Plaintiff-Appellant, v. SUPERIOR FIRE INSURANCE COMPANY, Defendant-Appellee, and Clara E. Burroughs, Defendant.

No. 318.

Circuit Court of Appeals, Second Circuit.

April 6, 1931.

For opinion below, see 39 F.(2d) 477.

Walter & Wolff, of New York City (Alfred A. Walter, of New York City, of counsel), for appellant.

Denman, Bevier & Scotti, of New York City (Louis Bevier, Jr., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.